UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENA LYNN MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-cv-1412- SEB-DKL |
| vs. ) | |
| ) | |
| TRAFFORD PUBLISHING, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established, including the May 6, 2013, trial date and the April 26, 2013, final pretrial conference date, are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before July 13, 2012. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 06/07/2012

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Bryan Harold Babb
BOSE MCKINNEY & EVANS, LLP
bbabb@boselaw.com

Oni N. Harton
BOSE MCKINNEY & EVANS, LLP
oharton@boselaw.com

Charles R. Hedman
HEDMAN LEGAL LLC
chedman@hedmanlegal.com